UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


Josephine Amatucci

               v.                          Case No. 13-cv-87-SM

Charles Hamilton, Brian Black,
and Town of Wolfeboro


O R D E R

    No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Landya B. McCafferty dated May 21, 2013, for the reasons set forth therein. "'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'" School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988)); see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

    For the reasons given in my endorsed order of April 15, 2013, in Amatucci v. Varney, Case No. 12-cv-448-SM, plaintiff's motion for recusal (doc. no. 5) is denied. Plaintiff's Complaint is hereby dismissed with prejudice, and she is enjoined from commencing any

further actions in this court arising from her 2003 arrest without prior approval from a judge of this court.

The Clerk of Court shall enter judgment in accordance with this order and close the case.

SO ORDERED.

_____
Steven J. McAuliffe
United States District Judge

Date: July 29, 2013

cc: Josephine Amatucci, pro se